# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-936
_____

LEVORY HICKMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

March 27, 2019


PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Levory W. Hickmon, pro se, Appellant.

Ashley B. Moody, Attorney General, and Jennifer Moore, Assistant Attorney General, Tallahassee, for Appellee.